**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** HSI - Boston |
| **City** Beverly | **Related Case Information:** | |
| **County** Essex | Superseding Ind./ Inf. | Case No. |
| | Same Defendant | New Defendant |
| | Magistrate Judge Case Number | 23-mj-8137-PGL |
| | Search Warrant Case Number | 23-mj-8115-PGL ; 23-mj-8116 |
| | R 20/R 40 from District of | |

**Defendant Information:**

| | | | |
|---|---|---|---|
| Defendant Name | Robert Miller | Juvenile: | ☐ Yes ☑ No |
| | Is this person an attorney and/or a member of any state/federal bar: | | ☐ Yes ☑ No |
| Alias Name | | | |
| Address | (City & State) 93 Cabot Street, Apt. 8, Beverly, MA | | |

Birth date (Yr only): 1964    SSN (last4#): 1158    Sex M    Race: W    Nationality: _____

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** Suzanne Sullivan Jacobus    Bar Number if applicable 565071

| | |
|---|---|
| **Interpreter:** ☐ Yes ☑ No | List language and/or dialect: |
| **Victims:** ☑ Yes ☐ No | If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No |
| **Matter to be SEALED:** ☐ Yes ☑ No | |
| ☑ Warrant Requested ☐ Regular Process ☐ In Custody | |

**Location Status:**

**Arrest Date** 05/03/2023

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 05/03/2023    Signature of AUSA: *Suzanne Sullivan Jacobus*

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant** _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C § 2252A(a)(5)(B) | Possession of Child Pornography | 1 |
| Set 2 | & (b)(2) | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013